United States District Court

Eastern District of Texas

United States Courts
Southern District of Texas
FILED

APR 25 2025

Nathan Ochsner, Clerk of Court

4:25cv1896

T. Williams, Plaintiff

v.

Michael Wesley Holmes, Detective D.F. LaBeof, Judge Raquel West, District Attorney Tatiana, Attorney Kevin, Chief Singleton, City of Beaumont, and unnamed city officials and police officers, Defendants

Case No.: 4:25cv1896

Civil Rights Complaint and Petition for Damages

This is a civil action brought by Plaintiff T. Williams pursuant to 42 U.S.C. § 1983 for violations of federally protected rights under the Constitution of the United States. The Plaintiff seeks redress for abuse of power, civil rights violations, and a pattern of official misconduct committed by law enforcement, public officials, and medical professionals in Beaumont, Texas.

I. Jurisdiction and Venue

This Court has jurisdiction under 28 U.S.C. §§ 1331 and 1343(a)(3). Venue is proper in this district pursuant to 28 U.S.C. § 1391(b), as the events giving rise to this complaint occurred in Beaumont, Texas.

II. Parties

Plaintiff: T. Williams, a resident of Texas and a citizen of the United States.

Defendants include Michael Wesley Holmes, Detective D.F. LaBeof, Judge Raquel West, District Attorney Tatiana, Attorney Kevin, Police Chief Singleton, and various unknown Beaumont city officials and police officers.

III. Statement of Facts

From 2000 to 2021, Plaintiff was subjected to aggravated sexual assault, ignored by law enforcement, and deprived of due process. Authorities closed the case in secret without notifying Plaintiff until after the statute of limitations expired. Medical records were altered, evidence was sealed, and officials obstructed justice.

IV. Legal Claims

- Violation of civil rights under 42 U.S.C. § 1983
- Obstruction of justice and denial of due process
- Abuse of power under color of law
- Defamation and falsification of records

V. Relief Requested

Plaintiff respectfully requests:

1. Compensatory and punitive damages;
2. Declaratory and injunctive relief;
3. Independent investigation into misconduct;
4. Any other relief this Court deems just and proper.

Respectfully submitted,

T. Williams

3985 Sarah Street, Apt. 214

Beaumont, Texas 77705

promisevisionare@gmail.com

832-996-9864

Date: April 24, 2025

STATEMENT OF FACTS

I, T. Williams, submit this Statement of Facts in support of my civil rights complaint and lawsuit concerning extensive misconduct, abuse of authority, and failure of justice involving officials and agencies in Beaumont, Texas.

From approximately 2000 through 2021, I was subjected to aggravated sexual assault by Dr. Michael Wesley Holmes. The case was never properly investigated by the Beaumont Police Department, despite my repeated efforts. The detective assigned, D.F. LaBeof, failed to act. Judge Raquel West sealed records, and DA Tatiana appointed someone from her own office to represent me without my consent.

I was never informed when the case was closed. I discovered it two years later-by then, the statute of limitations had expired. Medical records were falsified, and my constitutional rights were repeatedly ignored.

I request this statement be accepted with my complaint, and I demand a full investigation.

T. Williams